IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-03016-MSK-MEH

JESSICA KRUSE,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and
ADP, INC., a/k/a AUTOMATIC DATA PROCESSING, INC.,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, an attorney appearing on behalf of one of the parties in this case is associated with the undersigned. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 3rd day of March, 2010.

                                                         **BY THE COURT:**

                                                         Marcia S. Krieger
                                                         United States District Judge