IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03016-PAB-MEH

JESSICA KRUSE,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and
ADP, INC., a/k/a Automatic Data Processing, Inc.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2010.**

    The Unopposed Motion for Withdrawal [filed June 17, 2010; docket #20] is **granted**. Victoria V. Johnson is hereby permitted to withdraw as counsel of record for Defendants.